IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
|  | * |  |
| **RONALD BARKHORN,** | * |  |
| Plaintiffs | * |  |
| v. | * | CIVIL NO. JKB-10-750 |
| **PORTS AMERICA CHESAPEAKE, LLC,** | * |  |
| Defendant | * |  |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

In a prior order, the Court set a deadline of January 11, 2012, for all of the parties in this case to file a statement as to whether the parties consent to have the case tried and judgment entered by a magistrate judge. (ECF No. 114.) On that date, counsel for four plaintiffs, Ronald Barkhorn, Mike Schultz, Rick Delawder, and John Delawder, and counsel for the defendant sought an extension of time. (ECF No. 117.) That request was granted (ECF No. 119), and the same parties subsequently informed the Court they needed a short additional time to make the required filing (ECF No. 120). On January 27, these parties appropriately filed a letter indicating that they, i.e., the represented plaintiffs and the defendant, consent to this case being assigned to a magistrate judge to conduct all further proceedings. (ECF No. 121.)

The two self-represented plaintiffs, Terry Neblitt and James Ruff, have not responded to the Court's order. These two plaintiffs will be given an additional seven days to comply with the Court's order. But they are forewarned: Their failure to file an appropriate response to the Court's order will be considered as failure to prosecute their case and will be sufficient basis for their dismissal from the case.

Accordingly, it is hereby ORDERED:

1. The Court GRANTS Terry Neblitt and James Ruff an additional seven days from the date of this order to file a written response to the Court's order requiring them to state whether they consent to this case being tried and judgment entered by a magistrate judge. Failure to comply will be considered a failure to prosecute their case and will subject them to dismissal from the case.

2. The Clerk is DIRECTED to mail a copy of this order to Terry Neblitt and James Ruff.

DATED this 30th day of January, 2012.

BY THE COURT:

/s/
James K. Bredar
United States District Judge